**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-1988

_____

DAWIT MENGISTU,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A78-354-358)

_____

Submitted: May 26, 2004                Decided: June 16, 2004

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Dawit Mengistu, Petitioner Pro Se. Allen Warren Hausman, Daniel
Eric Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dawit Mengistu, a native and citizen of Ethiopia, petitions for review of a final order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's denial of his motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the refusal to grant the motion to reopen. See Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999); 8 U.S.C. § 1229a(c)(1) (2000).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED